JOHN W. EWELL
BKG # 252 3553
MEN'S CENTRAL JAIL (MCJ)
450 BAUCHET ST.,
LOS ANGELES, CA 90012-2906

(213) 974-8074 [JAIL]

FILED
CLERK, U.S. DISTRICT COURT

1/3/19

CENTRAL DISTRICT OF CALIFORNIA
BY CS         DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN W. EWELL

PRISONER/PLAINTIFF,

v.

LOS ANGELES COUNTY SHERIFF'S
DEPT., et al.,

DEFENDANT(S).

CASE NUMBER

CV19-57

REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES WITH
DECLARATION IN SUPPORT

I, JOHN W. EWELL _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☑No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    NA _____

    _____

    b. State the place of your incarceration LOS ANGELES COUNTY JAILS, MCJ 292042.
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment? ☐Yes ☑No
    b. Rent payments, interest or dividends? ☐Yes ☑No
    c. Pensions, annuities or life insurance payments? ☐Yes ☑No
    d. Gifts or inheritances? ☐Yes ☑No
    e. Any other income (other than listed above)? ☐Yes ☑No
    f. Loans? ☐Yes ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: NA _____

    _____

---

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.) ☐ Yes   ☑ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____NA_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☑ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __2003 (est.)_____

   Approximately how much income did your last tax return reflect? __UNABLE TO RECALL·__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   __WIFE - $0; NONE_____

   _____

   I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

   __CALIFORNIA_____          __LOS ANGELES COUNTY (L.A. city)__
   State                                          County (or City)

   I, __JOHN W. EWELL_____ , declare under penalty of perjury that the foregoing is true and correct.

   __11 / 12 / 18_____          __John Ewell_____
   Date                                            Prisoner/Plaintiff (Signature)

07/19/2018 11:41:16

**Los Angeles County Sheriff's Department**

**LASD JAIL INFORMATION MGMT SYSTEM (JIMS)**

PAGE :   01  OF   06

OTRTASTA

10.02.1.13

## T R U S T   A C C O U N T   S T A T E M E N T
### FROM : 01/01/2018      TO : 07/19/2018

| Main ID: | 0002060087 | NAME: EWELL , JOHN WESLEY | | DOB: | 02/25/1957 |
|---|---|---|---|---|---|

FACILITY:   CJ-5900-R-0039

| ACCOUNT BALANCES TOTAL: | $ 25.59 | CURRENT: | $ 25.59 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

### SUB-ACCOUNT BALANCES

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2101-SPENDABLE ACCOUNT | 295.35 | 25.59 |
| 2102-PRO PER ACCOUNT | 0.00 | 0.00 |
| 2103-DIRTY MONEY ACCOUNT | 0.00 | 0.00 |
| 2104-BAIL/FINES ACCOUNT | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT |
|---|---|---|---|---|---|
| ARIND | INDIGENT KIT LOAN RECEIVABLE | 02222013 | 0.00 | 3.52 | 0.00 |

### SUB-ACCOUNT TRANSACTIONS

### 2101-SPENDABLE ACCOUNT

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 01/02/2018 | 2523553 | SALE | Txn Id 307859951 Order No 106995 Charge for regular order 106995014 | <194.54> | 100.81 |
| 01/04/2018 | 2523553 | RTRN | Txn Id 307866806 Order No 106995 Refund for regular order 106995014 | 22.50 | 123.31 |
| 01/08/2018 | 2523553 | SALE | Txn Id 307869121 Order No 107004 Charge for regular order 107004461 | <88.08> | 35.23 |
| 01/09/2018 | 2523553 | 475 | Txn Id V733252 Order No VEN RECYCLED VENDING CARD | 1.75 | 36.98 |
| 01/09/2018 | 2523553 | 475 | Txn Id V733735 Order No VEN RECYCLED VENDING CARD | 1.95 | 38.93 |
| 01/09/2018 | 2523553 | 475 | Txn Id V733738 Order No VEN RECYCLED VENDING CARD | 2.35 | 41.28 |
| 01/09/2018 | 2523553 | 475 | Txn Id V733743 Order No VEN RECYCLED VENDING CARD | 2.10 | 43.38 |
| 01/09/2018 | 2523553 | 475 | Txn Id V733747 Order No VEN RECYCLED VENDING CARD | 1.85 | 45.23 |
| 01/09/2018 | 2523553 | 475 | Txn Id V735030 Order No VEN RECYCLED VENDING CARD | 2.35 | 47.58 |
| 01/13/2018 | 2523553 | 100 | carmen ewell cadl c0573689 10212018 | 120.00 | 167.58 |
| 01/16/2018 | 2523553 | SALE | Txn Id 307880049 Order No 107015 Charge for regular order 107015325 | <143.67> | 23.91 |
| 01/16/2018 | 2523553 | 475 | Txn Id V739637 Order No VEN RECYCLED VENDING CARD | 2.60 | 26.51 |
| 01/16/2018 | 2523553 | 475 | Txn Id V741320 Order No VEN RECYCLED VENDING CARD | 2.35 | 28.86 |
| 01/22/2018 | 2523553 | SALE | Txn Id 307889621 Order No 107024 Charge for regular order 107024901 | <23.96> | 4.90 |
| 01/27/2018 | 2523553 | 100 | carmen ewell cdl#C0573689 10/21/18 | 150.00 | 154.90 |
| 01/29/2018 | 2523553 | SALE | Txn Id 307898729 Order No 107033 Charge for regular order 107033975 | <154.30> | 0.60 |
| 01/31/2018 | 2523553 | 475 | Txn Id V744007 Order No VEN RECYCLE VENDCARD | 2.05 | 2.65 |

07/19/2018 11:41:16          Los Angeles County Sheriff's Department                    PAGE :   02  OF  06

                          LASD JAIL INFORMATION MGMT SYSTEM (JIMS)                               OTRTASTA

                                                                                                10.02.1.13

## TRUST ACCOUNT STATEMENT
### FROM : 01/01/2018      TO : 07/19/2018

| Main ID: | 0002060087 | NAME:  EWELL     , JOHN    WESLEY | DOB: | 02/25/1957 |
|---|---|---|---|---|

**FACILITY:**    CJ-5900-R-0039

| ACCOUNT BALANCES TOTAL: | $ 25.59 | CURRENT: | $ 25.59 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | POSTING | | |
| 01/31/2018 | 2523553 | 475 | Txn Id V744008 Order No VEN RECYCLE VENDCARD POSTING | 1.75 | 4.40 |
| 01/31/2018 | 2523553 | 475 | Txn Id V744015 Order No VEN RECYCLE VENDCARD POSTING | 2.50 | 6.90 |
| 01/31/2018 | 2523553 | 475 | Txn Id V744969 Order No VEN RECYCLE VENDCARD POSTING | 1.95 | 8.85 |
| 01/31/2018 | 2523553 | 475 | Txn Id V744970 Order No VEN RECYCLE VENDCARD POSTING | 2.30 | 11.15 |
| 01/31/2018 | 2523553 | 475 | Txn Id V745545 Order No VEN RECYCLE VENDCARD POSTING | 2.00 | 13.15 |
| 02/03/2018 | 2523553 | 100 | carmen ewell cdl#C0573689 10/21/18 | 50.00 | 63.15 |
| 02/05/2018 | 2523553 | SALE | Txn Id 307908951 Order No 107044 Charge for regular order 107044229 | <62.10> | 1.05 |
| 02/10/2018 | 2523553 | 100 | carmen m ewell cadl c0573689 10212018 | 200.00 | 201.05 |
| 02/12/2018 | 2523553 | SALE | Txn Id 307919512 Order No 107054 Charge for regular order 107054780 | <158.45> | 42.60 |
| 02/13/2018 | 2523553 | 100 | Jacques Cain CA DL#C1331068 Exp. 11/14/18 | 20.00 | 62.60 |
| 02/13/2018 | 2523553 | 475 | Txn Id V751815 Order No VEN RECYCLED VENDING CARD | 1.75 | 64.35 |
| 02/13/2018 | 2523553 | 475 | Txn Id V751939 Order No VEN RECYCLED VENDING CARD | 1.80 | 66.15 |
| 02/13/2018 | 2523553 | 475 | Txn Id V753287 Order No VEN RECYCLED VENDING CARD | 1.80 | 67.95 |
| 02/14/2018 | 2523553 | RTRN | Txn Id 307924896 Order No 107054 Refund for regular order 107054780 | 17.30 | 85.25 |
| 02/16/2018 | 2523553 | 100 | DOROTHY OLIVARES CA ID # C6206173 EXP 08/14/2018 | 50.00 | 135.25 |
| 02/19/2018 | 2523553 | SALE | Txn Id 307930344 Order No 107065 Charge for regular order 107065252 | <64.43> | 70.82 |
| 02/20/2018 | 2523553 | 475 | Txn Id V757624 Order No VEN RECYCLED VENDING CARD | 1.90 | 72.72 |
| 02/20/2018 | 2523553 | 475 | Txn Id V757634 Order No VEN RECYCLED VENDING CARD | 2.15 | 74.87 |
| 02/20/2018 | 2523553 | 475 | Txn Id V757661 Order No VEN RECYCLED VENDING CARD | 2.10 | 76.97 |
| 02/24/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 200.00 | 276.97 |
| 02/26/2018 | 2523553 | SALE | Txn Id 307940806 Order No 107075 Charge for regular order 107075652 | <129.43> | 147.54 |
| 02/27/2018 | 2523553 | 475 | Txn Id V760573 Order No VEN RECYCLED VENDING CARD | 1.95 | 149.49 |
| 03/05/2018 | 2523553 | SALE | Txn Id 307953504 Order No 107088 Charge for regular order 107088298 | <107.73> | 41.76 |
| 03/06/2018 | 2523553 | 475 | Txn Id V761562 Order No VEN RECYCLED VENDING CARD | 2.45 | 44.21 |
| 03/06/2018 | 2523553 | 475 | Txn Id V762711 Order No VEN RECYCLED VENDING CARD | 1.90 | 46.11 |
| 03/06/2018 | 2523553 | 475 | Txn Id V762951 Order No VEN RECYCLED VENDING CARD | 2.55 | 48.66 |

07/19/2018 11:41:16        Los Angeles County Sheriff's Department       PAGE :   03 OF   06

LASD JAIL INFORMATION MGMT SYSTEM (JIMS)       OTRTASTA

10.02.1.13

## TRUST ACCOUNT STATEMENT
### FROM : 01/01/2018   TO : 07/19/2018

| Main ID: | 0002060087 | NAME: EWELL , JOHN WESLEY | DOB: 02/25/1957 |
|---|---|---|---|

**FACILITY:**   CJ-5900-R-0039

**ACCOUNT BALANCES TOTAL:**    $ 25.59      **CURRENT:**    $ 25.59      **HOLD:**    $ 0.00

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 03/06/2018 | 2523553 | 475 | Txn Id V763240 Order No VEN RECYCLED VENDING CARD | 2.20 | 50.86 |
| 03/10/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 150.00 | 200.86 |
| 03/12/2018 | 2523553 | SALE | Txn Id 307962895 Order No 107097 Charge for regular order 107097211 | <137.34> | 63.52 |
| 03/13/2018 | 2523553 | 475 | Txn Id V765715 Order No VEN RECYCLED VENDING CARD | 1.80 | 65.32 |
| 03/13/2018 | 2523553 | 475 | Txn Id V765717 Order No VEN RECYCLED VENDING CARD | 2.15 | 67.47 |
| 03/19/2018 | 2523553 | SALE | Txn Id 307974932 Order No 107108 Charge for regular order 107108938 | <36.64> | 30.83 |
| 03/19/2018 | 2523553 | 100 | Jacques Cain CA DL#C1331068 Exp. 11/14/18 | 20.00 | 50.83 |
| 03/20/2018 | 2523553 | 475 | Txn Id V769252 Order No VEN RECYCLED VENDING CARD | 1.80 | 52.63 |
| 03/20/2018 | 2523553 | 475 | Txn Id V769554 Order No VEN RECYCLED VENDING CARD | 1.85 | 54.48 |
| 03/20/2018 | 2523553 | 475 | Txn Id V769644 Order No VEN RECYCLED VENDING CARD | 1.95 | 56.43 |
| 03/24/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 200.00 | 256.43 |
| 03/26/2018 | 2523553 | SALE | Txn Id 307985821 Order No 107119 Charge for regular order 107119348 | <132.21> | 124.22 |
| 03/28/2018 | 2523553 | RTRN | Txn Id 307989817 Order No 107119 Refund for regular order 107119348 | 7.48 | 131.70 |
| 04/02/2018 | 2523553 | SALE | Txn Id 307995747 Order No 107129 Charge for regular order 107129374 | <114.85> | 16.85 |
| 04/03/2018 | 2523553 | 475 | Txn Id V772580 Order No VEN RECYCLED VENDING CARD | 1.75 | 18.60 |
| 04/07/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 150.00 | 168.60 |
| 04/09/2018 | 2523553 | SALE | Txn Id 308005565 Order No 107139 Charge for regular order 107139289 | <126.53> | 42.07 |
| 04/12/2018 | 2523553 | 475 | Txn Id V776943 Order No VEN RECYCLE VENDCARD POSTING | 1.95 | 44.02 |
| 04/12/2018 | 2523553 | 475 | Txn Id V776944 Order No VEN RECYCLE VENDCARD POSTING | 2.35 | 46.37 |
| 04/12/2018 | 2523553 | 475 | Txn Id V777671 Order No VEN RECYCLE VENDCARD POSTING | 2.35 | 48.72 |
| 04/12/2018 | 2523553 | 475 | Txn Id V777716 Order No VEN RECYCLE VENDCARD POSTING | 1.80 | 50.52 |
| 04/12/2018 | 2523553 | 475 | Txn Id V780907 Order No VEN RECYCLE VENDCARD POSTING | 1.80 | 52.32 |
| 04/12/2018 | 2523553 | 475 | Txn Id V780909 Order No VEN RECYCLE VENDCARD POSTING | 2.05 | 54.37 |
| 04/16/2018 | 2523553 | SALE | Txn Id 308015562 Order No 107149 Charge for regular order 107149217 | <39.20> | 15.17 |
| 04/17/2018 | 2523553 | 475 | Txn Id V783811 Order No VEN RECYCLED VENDING CARD | 1.95 | 17.12 |
| 04/21/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 150.00 | 167.12 |

07/19/2018 11:41:16       Los Angeles County Sheriff's Department       PAGE :   04 OF  06

LASD JAIL INFORMATION MGMT SYSTEM (JIMS)       OTRTASTA

      10.02.1.13

## TRUST ACCOUNT STATEMENT
### FROM : 01/01/2018     TO : 07/19/2018

| Main ID: | 0002060087 | NAME: | EWELL | , JOHN | WESLEY | DOB: | 02/25/1957 |
|---|---|---|---|---|---|---|---|

FACILITY:     CJ-5900-R-0039

| ACCOUNT BALANCES TOTAL: | $ 25.59 | CURRENT: | $ 25.59 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 04/23/2018 | 2523553 | SALE | Txn Id 308025390 Order No 107159 Charge for regular order 107159121 | <140.54> | 26.58 |
| 04/24/2018 | 2523553 | 475 | Txn Id V784401 Order No VEN RECYCLED VENDING CARD | 1.85 | 28.43 |
| 04/24/2018 | 2523553 | 475 | Txn Id V784402 Order No VEN RECYCLED VENDING CARD | 1.80 | 30.23 |
| 04/24/2018 | 2523553 | 475 | Txn Id V784877 Order No VEN RECYCLED VENDING CARD | 1.95 | 32.18 |
| 04/24/2018 | 2523553 | 475 | Txn Id V784878 Order No VEN RECYCLED VENDING CARD | 1.95 | 34.13 |
| 04/24/2018 | 2523553 | 475 | Txn Id V785140 Order No VEN RECYCLED VENDING CARD | 1.80 | 35.93 |
| 04/24/2018 | 2523553 | 475 | Txn Id V787877 Order No VEN RECYCLED VENDING CARD | 2.10 | 38.03 |
| 04/24/2018 | 2523553 | 475 | Txn Id V787903 Order No VEN RECYCLED VENDING CARD | 1.85 | 39.88 |
| 04/30/2018 | 2523553 | SALE | Txn Id 308035602 Order No 107169 Charge for regular order 107169343 | <12.50> | 27.38 |
| 05/02/2018 | 2523553 | 100 | jacques cain ca dl c1331068 exp 11/14/18 | 20.00 | 47.38 |
| 05/05/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 175.00 | 222.38 |
| 05/07/2018 | 2523553 | SALE | Txn Id 308045965 Order No 107179 Charge for regular order 107179491 | <143.97> | 78.41 |
| 05/14/2018 | 2523553 | SALE | Txn Id 308056016 Order No 107189 Charge for regular order 107189547 | <70.12> | 8.29 |
| 05/15/2018 | 2523553 | 475 | Txn Id V792008 Order No VEN RECYCLED VENDING CARD | 1.90 | 10.19 |
| 05/15/2018 | 2523553 | 475 | Txn Id V792009 Order No VEN RECYCLED VENDING CARD | 2.35 | 12.54 |
| 05/15/2018 | 2523553 | 475 | Txn Id V792235 Order No VEN RECYCLED VENDING CARD | 2.10 | 14.64 |
| 05/15/2018 | 2523553 | 475 | Txn Id V792569 Order No VEN RECYCLED VENDING CARD | 1.85 | 16.49 |
| 05/15/2018 | 2523553 | 475 | Txn Id V793451 Order No VEN RECYCLED VENDING CARD | 1.75 | 18.24 |
| 05/15/2018 | 2523553 | 475 | Txn Id V795877 Order No VEN RECYCLED VENDING CARD | 1.80 | 20.04 |
| 05/15/2018 | 2523553 | 475 | Txn Id V799008 Order No VEN RECYCLED VENDING CARD | 1.75 | 21.79 |
| 05/15/2018 | 2523553 | 475 | Txn Id V799009 Order No VEN RECYCLED VENDING CARD | 1.95 | 23.74 |
| 05/19/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 150.00 | 173.74 |
| 05/21/2018 | 2523553 | SALE | Txn Id 308066184 Order No 107199 Charge for regular order 107199925 | <151.02> | 22.72 |
| 05/22/2018 | 2523553 | 475 | Txn Id V801057 Order No VEN RECYCLED VENDING CARD | 1.75 | 24.47 |
| 05/29/2018 | 2523553 | SALE | Txn Id 308076292 Order No 107209 Charge for regular order 107209962 | <21.42> | 3.05 |
| 05/29/2018 | 2523553 | 475 | Txn Id V802887 Order No VEN RECYCLED VENDING CARD | 1.95 | 5.00 |
| 05/29/2018 | 2523553 | 475 | Txn Id V803219 Order No VEN RECYCLED VENDING CARD | 1.80 | 6.80 |
| 05/29/2018 | 2523553 | 475 | Txn Id V803223 Order No VEN RECYCLED VENDING CARD | 2.15 | 8.95 |

Los Angeles County Sheriff's Department

LASD JAIL INFORMATION MGMT SYSTEM (JIMS)

## T R U S T   A C C O U N T   S T A T E M E N T
### FROM : 01/01/2018      TO : 07/19/2018

| Main ID: | 0002060087 | NAME: | EWELL , JOHN WESLEY | | DOB: | 02/25/1957 |
|---|---|---|---|---|---|---|

**FACILITY:**   CJ-5900-R-0039

| ACCOUNT BALANCES TOTAL: | $ 25.59 | CURRENT: | $ 25.59 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 06/02/2018 | 2523553 | 100 | CARMEN EWELL CA C0573689 EXP 10/21/18 | 175.00 | 183.95 |
| 06/04/2018 | 2523553 | SALE | Txn Id 308085924 Order No 107220 Charge for regular order 107220060 | <159.89> | 24.06 |
| 06/05/2018 | 2523553 | 100 | jacques cain cadl c1331068 11142018 | 20.00 | 44.06 |
| 06/05/2018 | 2523553 | 475 | Txn Id V806314 Order No VEN RECYCLED VENDING CARD | 2.15 | 46.21 |
| 06/05/2018 | 2523553 | 475 | Txn Id V808479 Order No VEN RECYCLED VENDING CARD | 1.80 | 48.01 |
| 06/05/2018 | 2523553 | 475 | Txn Id V808782 Order No VEN RECYCLED VENDING CARD | 1.80 | 49.81 |
| 06/05/2018 | 2523553 | 475 | Txn Id V808804 Order No VEN RECYCLED VENDING CARD | 2.10 | 51.91 |
| 06/09/2018 | 2523553 | 100 | ALEJANDRO SANDOVAL CADL: A5632508 EXP: 06/21/2020 | 100.00 | 151.91 |
| 06/11/2018 | 2523553 | SALE | Txn Id 308095853 Order No 107229 Charge for regular order 107229940 | <151.33> | 0.58 |
| 06/16/2018 | 2523553 | 100 | carmen ewell cdl c0573689 exp 10/21/2018 | 175.00 | 175.58 |
| 06/18/2018 | 2523553 | SALE | Txn Id 308106364 Order No 107243 Charge for regular order 107243010 | <151.21> | 24.37 |
| 06/19/2018 | 2523553 | 475 | Txn Id V810930 Order No VEN RECYCLE VENDCARD POSTING | 1.85 | 26.22 |
| 06/20/2018 | 2523553 | RTRN | Txn Id 308110556 Order No 107243 Refund for regular order 107243010 | 7.04 | 33.26 |
| 06/23/2018 | 2523553 | 100 | N DURAN F5226354 EXP.02/05/2019 | 50.00 | 83.26 |
| 06/25/2018 | 2523553 | SALE | Txn Id 308116125 Order No 107252 Charge for regular order 107252906 | <82.50> | 0.76 |
| 06/26/2018 | 2523553 | 475 | Txn Id V814856 Order No VEN RECYCLED VENDING CARD | 1.75 | 2.51 |
| 06/26/2018 | 2523553 | 475 | Txn Id V815475 Order No VEN RECYCLED VENDING CARD | 1.80 | 4.31 |
| 06/30/2018 | 2523553 | 100 | Carmen Ewell CA DL#C0573689 Exp. 10/21/18 | 200.00 | 204.31 |
| 07/02/2018 | 2523553 | SALE | Txn Id 308125975 Order No 107262 Charge for regular order 107262961 | <190.20> | 14.11 |
| 07/03/2018 | 2523553 | 475 | Txn Id V817527 Order No VEN RECYCLED VENDING CARD | 2.35 | 16.46 |
| 07/03/2018 | 2523553 | 475 | Txn Id V817530 Order No VEN RECYCLED VENDING CARD | 2.10 | 18.56 |
| 07/03/2018 | 2523553 | 475 | Txn Id V817742 Order No VEN RECYCLED VENDING CARD | 1.75 | 20.31 |
| 07/09/2018 | 2523553 | SALE | Txn Id 308135410 Order No 107272 Charge for regular order 107272697 | <19.10> | 1.21 |
| 07/10/2018 | 2523553 | 475 | Txn Id V822399 Order No VEN RECYCLED VENDING CARD | 1.80 | 3.01 |
| 07/10/2018 | 2523553 | 475 | Txn Id V822402 Order No VEN RECYCLED VENDING CARD | 1.80 | 4.81 |
| 07/10/2018 | 2523553 | 475 | Txn Id V822481 Order No VEN RECYCLED VENDING CARD | 2.30 | 7.11 |
| 07/10/2018 | 2523553 | 475 | Txn Id V822664 Order No VEN RECYCLED VENDING CARD | 1.85 | 8.96 |
| 07/13/2018 | 2523553 | 100 | Carmen Ewell CA DL#C0573689 Exp. 10/21/18 | 125.00 | 133.96 |

| 07/19/2018 11:41:16 | Los Angeles County Sheriff's Department | PAGE : 06 OF 06 |
|---|---|---|
| | LASD JAIL INFORMATION MGMT SYSTEM (JIMS) | OTRTASTA |
| | | 10.02.1.13 |

## T R U S T   A C C O U N T   S T A T E M E N T
### FROM : 01/01/2018   TO :07/19/2018

| Main ID: | 0002060087 | NAME: | EWELL      , JOHN      WESLEY | DOB: | 02/25/1957 |
|---|---|---|---|---|---|

**FACILITY:**   CJ-5900-R-0039

| ACCOUNT BALANCES TOTAL: | $ 25.59 | CURRENT: | $ 25.59 | HOLD: | $ 0.00 |
|---|---|---|---|---|---|

| DATE | BOOKING NO | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 07/16/2018 | 2523553 | SALE | Txn Id 308143718 Order No 107280 Charge for regular order 107280943 | <108.37> | 25.59 |



255...
H's
Bauchet St.
Angeles Ca.
90012-2806

"LEGAL MAIL"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ATTN: CLERK OF THE COURT, RM #TS-134
255 E. TEMPLE ST.
Los Angeles, Ca. 90012

LA COUNTY JAIL
INMATE MAIL CORRESPONDENCE
MENS CENTRAL JAIL

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Barn Swallow

NED MARTINEZ XX4657 6/24/18

"LEGAL MAIL"